UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED G. L.[1], an Individual,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ANDREW M. SAUL[2], Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 8:18-01543 ADS<br><br>JUDGMENT OF REMAND |

JS-6

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] On June 17, 2019, Saul became the Commissioner of Social Security. Thus, he is automatically substituted as the defendant under Federal Rule of Civil Procedure 25(d).

-1-

1 | In accordance with the Memorandum Opinion and Order, Dkt. No. 23, filed
2 | concurrently herewith,
3 | IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of
4 | Social Security is reversed and the matter is remanded to the Commissioner for further
5 | proceedings consistent with the Memorandum Opinion and Order of Remand.

DATE: March 19, 2020

       /s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge